**No. 50858.**—Protests 111858–K, etc., of A. N. Deringer, Inc. (St. Albans).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.

**No. 50859.**—Protests 112759–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.

**No. 50860.**—Protests 116094–K, etc., of Norman C. Jensen (Pembina).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.

**No. 50861.**—Protests 90640–K, etc., of L. Profumo & Co. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of Abstracts 41794, 42181, and 42201.   In accordance therewith it was held that an allowance of 2 percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.   The protests were sustained to this extent.

**No. 50862.**—Protests 96169–K, etc., of John Ambriola et al.   (New York).

Opinion by KEEFE, J.   At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932).   In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45175.